| | |
|---|---|
| 1 | **GREGORY T. MURPHY**<br>California State Bar No. 245505 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, CA 92101-5008<br>(619) 234-8467/Fax: (619) 687-2666 |
| 4 | E-Mail: gregory_murphy@fd.org |
| 5 | Attorneys for Alejandro Amezcua-Manzo |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0226-01 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ALEJANDRO AMEZCUA-MANZO, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov;

Marc Xavier Carlos
mxlos@aol.com,bratty_77@yahoo.com; and

Dorothy Rees Shelton
dsheltonlaw@aol.com

Respectfully submitted,

DATED:     January 31, 2008             /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Alejandro Amezcua-Manzo